UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
POUGHKEEPSIE DIVISION

-----------------------------------------------------X

In re

DEANCO SERVICES, INC.

Debtor.

CHAPTER 7

CASE NO. 13-35923(CGM)

-----------------------------------------------------X

THOMAS GENOVA, as Trustee for the
Estate of DEANCO SERVICES, INC.

Plaintiff,

- against -

TOLL BROTHERS, INC.

Defendant.

ADVERSARY PROCEEDING
NO.: 15-09017-cgm

-----------------------------------------------------X

**ORDER APPROVING SETTLEMENT**

THOMAS GENOVA, Trustee herein, having moved this Court for an Order pursuant to Rule 9019(a) of the Bankruptcy Rules approving the settlement of a controversy regarding the Trustee's claims and causes of action under 11 U.S.C. §§ 541 and 542(a), and all creditors having been given twenty (20) days notice by mail of the proposed settlement, and no one having appeared in opposition thereto, and it appearing that the said settlement is proper and in the best interest of the estate,

NOW, on motion of THOMAS GENOVA, the Trustee herein, it is, after due deliberation having been heard thereon, it is, after hearing held on September 8, 2015, pursuant to F.R.B.P. 9019,

**ORDERED**, that THOMAS GENOVA, Trustee herein, be and he hereby is authorized to resolve the controversy regarding the assets herein whereby the defendant shall pay to the estate the sum of SIXTEEN THOUSAND FIVE HUNDRED AND 00/100 ($16,500.00) DOLLARS payable upon entry of this Order.

**Dated: September 16, 2015**
**Poughkeepsie, New York**

**/s/ Cecelia G. Morris**
____________________________
**Hon. Cecelia G. Morris**
**Chief U.S. Bankruptcy Judge**